UNITED STATES DISTRICT COURT
for the District of Massachusetts
Central Division (Worcester)

| | |
|---|---|
| SHAWN PATRICK McCARTHY, pro se plaintiff v. THE LOWELL SUN, reporter ELIZABETH DOBBINS, JOHN McCARTHY, President of NRT Bus, Inc, NRT BUS, INC. MELLISSA BUJA, Correspondent, NBC 10 BOSTON, NBC UNIVERSAL BOSTON, STEVE COOPER, FRANK O'LAUGHLIN, Correspondents, Channel 7, the news station, WHDH, WHDH SUNBEAM TELEVISION, LAWRENCE EAGLE TRIBUNE defendants | Case No. _____ FILED IN CLERKS OFFICE MAY 17 '22 PM 3:27 USDC MA |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### INTRODUCTION

This civil rights action on behalf of Shawn P. McCarthy, who was employed as a school bus driver by NRT Bus, Inc., of Wakefield, Massachusetts. On May 16, 2019 Mr. McCarthy was driving his normal route with a school bus, van style, with one passenger, a student from a Lowell specialty school, who was McCarthy was transporting from the school to her home in Haverhill, Massachusetts. In Haverhill, Mr, McCarthy skived a guard rail and a road sign on an exit ramp in Haverhill. The 13 year-old female passenger asked McCarthy to pull the vehicle to the road several times. Mr. McCarthy pulled the school van into a Walgreen's Pharmacy in a plaza at the bottom of the exit ramp. Mr. McCarthy had struck his head in one of the encounters with the guard rail or the road sign. Upon pulling the vehicle over, the student passenger grabbed McCarthy's cell phone. The passenger called her mother on McCarthy's cell phone. The mother then called 911. The Haverhill

police responded to the scene.

Since Mr. McCarthy was injured, the Haverhill EMTs responded as well. The EMTs addressed Mr. McCarthy's head wound and checked Mr. McCarthy's blood for his diabetes condition. The EMTs recommended that Mr. McCarthy go to the hospital to have the head wound assessed. Mr. McCarthy refused further treatment, despite that he was visibly disoriented.

The police searched the van and the person of Mr. McCarthy. The police found three pills that turned out to be Ambien in a door panel pocket of the van. The police asked McCarthy if he had a prescription for whatever the pills were. McCarthy responded no. The police then asked McCarthy, with the head wound, to perform a sobriety test. The police concluded that Mr. McCarthy failed the sobriety test and placed him under arrest for suspected operating under the influence. Mr. McCarthy provided a urine sample to Haverhill Police Department.

The various Boston area media picked up the story. Several of the media outlets, reporters and the owner of the school bus company slandered and libeled Mr. McCarthy, violating his First Amendment Constitutional rights, stating in writing and verbally in their reports for the public that Mr. McCarthy had driven the school bus under the influence of drugs or alcohol...not allegedly, but in fact.

Mr. McCarthy, upon his release on $1,000.00 cash bail, was taken to Lowell General Hospital On May 17, 2019, by members of his family for further assessment. Doctors at the emergency department at the hospital determined that Mr. McCarthy had minimally suffered some degree of a concussion. They further ordered an MRI of McCarthy's head. Results of the MRI showed that Mr. McCarthy had a benign tumor on the right frontal lobe of his brain. The hospital also did a full blood and urine test for drugs or alcohol which were negative. The doctors at Lowell General Hospital concluded that the tumor was the cause of the accidents.

## JURISDICTION AND VENUE

1. This Court has original jurisdiction under 28 U.S.C. Sections 1331 and 1343 over Mr.

McCarthy's federal causes of action arising under 42 U.S.C. Section 1983.

2. This Court may exercise personal jurisdiction over all Defendants because they reside or do business within the District of Massachusetts,

3. Proper venue lies in the District of Massachusetts because a substantial part of the events giving rise to Mr. McCarthy's claims occurred in Haverhill, Massachusetts and it's vicinity, the general Boston media market area.

## PARTIES

4. Plaintiff Shawn P, McCarthy is a 51 year-old United States Citizen. He is currently living at 1423 Mammoth Road, Dracut, Massachusetts 01826.

5. Defendant the Lowell Sun, a newspaper, is located at 491 Dutton Street, Suite One, Lowell, Massachusetts 01854. At all times relevant to this lawsuit, Defendant The Lowell Sun was and is a "person" as that term is used by 42 U.S.C. Section 1983. The Lowell Sun is or was the employer of reporter Elizabeth Dobbins.

6. Defendant Elizabeth Dobbins is or was a reporter for the Lowell Sun newspaper. Ms. Dobbins is or was at all times relevant to this lawsuit, acting as an employee of the Lowell Sun. Ms, Dobbins is being sued in her individual capacity, At all times relevant to this lawsuit, Ms. Dobbins is a "person" as that term is used by U.S,C, section 1983,

7. Defendant NRT Bus Co, Inc., is a transportation company located at 13 New Salem Street, Wakefield, Massachusetts 01880. At all times relevant to this lawsuit, NRT Bus Co., Inc., is a "person" as that term is used by 42 U.S.C. Section 1983. The NRT Bus Co., Inc., is or was owned by John McCarthy (no relation) and is or was the president of NRT Bus Co., Inc.

8. Defendant John McCarthy is employed by and is or was the president of NRT Bus Co., Inc. Mr. John McCarthy is or was at all times relevant to this lawsuit, acting as an employee and president of the NRT Bus Co., Inc. Mr. John McCarthy is being sued in his individual capacity. At all times

3

relevant to this lawsuit, Mr. John McCarthy is a "person" as that term is used by U.S.C. Section 1983.

9. Defendant NBC 10 Boston, is a television station located at NBC Universal Boston Media Center, 189 B Street, Needham Heights, Massachusetts 02494. At all times relevant to this lawsuit, NBC 10 Boston is a "person" as that term is used by U.S.C. Section 1983. NBC 10 Boston is the employer of correspondent Mellissa Buja.

10. Defendant Melissa Buja is or was employed by NBC 10 Boston. Ms. Buja is or was at all times relevant to this lawsuit, acting as an employee of NBC 10 Boston. Ms. Buja is being sued in her individual capacity. At all times relevant to this lawsuit, Ms. Buja is a "person" as that term is used in U.S.C. 42 section 1983.

11. Defendant Channel 7, "the news station" is a television station located at WHDH Sunbeam Television, 7 Bulfinch Place, Boston, Massachusetts 02114. At all times relevant to this lawsuit, Channel 7 "the news station" is a "person" as that term is used by U.S.C. Section 1983. Channel 7 "the news station" is the employer of correspondents Steve Cooper and Frank O'Laughlin.

12. Defendant Steve Cooper is or was employed by Channel 7 "the news station". Mr. Cooper is or was at all times relevant to this lawsuit, acting as an employee of Channel 7 "the news station." Mr. Cooper is being sued in his individual capacity. At all times relevant to this lawsuit, Mr. Cooper is a "person" as that term is used by U.S.C. 42 section 1983.

13. Defendant Frank O'Laughlin is or was employed by Channel 7 "the news station." Mr. O'Laughlin is or was at all times relevant to this lawsuit, acting as an employee of Channel 7 "the news station." Mr, O'Laughlin is being sued in his individual capacity. At all times relevant to this lawsuit, Mr. O'Laughlin is a "person" as that term is used by U.S.C. 42 section 1983.

14. Defendant the Lawrence Eagle Tribune is a newspaper located at 100 Turnpike Street, North Andover, Massachusetts 01845. At all times relevant to this lawsuit the Lawrence Eagle Tribune is a "person" as that term is used in U.S.C. 42 section 1983.

## FACTS

15. Plaintiff McCarthy was employed by NRT Bus Co., Inc., as a driver. Plaintiff McCarthy drove an NRT school bus van on a regular daily route with very little deviance from the normal routine- pick up and drop off of students, usually not more than six students.

16. On May 16, 2019 Mr. McCarthy suffered a medical emergency while driving his normal route. He skived a guardrail on an exit ramp off interstate 495 in Haverhill, Massachusetts. He then almost immediately thereafter hit a road sign near the end of the exit ramp. He hit his head in one of the two accidents. Disoriented, he pulled the van over at the nearest safe place to do so. He did not remember any of the incidents or the aftermath of the accidents, including being arrested by the Haverhill Police. He remembers being at the Middleton Correctional facility. Plaintiff McCarthy's family was notified after he was transported to Middleton.

17. The next day, May 17, 2019 Plaintiff McCarthy was transported from the Middleton Correctional facility back to Haverhill, to the Haverhill District Court. An arraignment was held on charges of operating under the influence. Plaintiff McCarthy's family posted his bail of $1,000.00. Upon his release, Plaintiff McCarthy was immediately taken by his family to Lowell General Hospital's Emergency Room. Ultimately it was determined that Plaintiff McCarthy had a benign brain tumor which was the cause of his accidents and being disoriented while driving the school bus.

18. On May 16, 2019 most of the Boston media picked up on the story of a student being on a school bus van that was in an accident and that the driver of the van was later "charged" with operating the school bus under the influence of drugs or alcohol. Most of the media got the story right, in that Plaintiff McCarthy was "charged on allegations" of operating under the influence of drugs or alcohol. The defendants in this case, however, chose to defame and/or libel Plaintiff McCarthy with untrue statements, thereby violating Mr. McCarthy's First Amendment Civil Rights.

19. On May 16, 2016 Plaintiff Shawn McCarthy's employer, NRT Bus Co., Inc., issued a

statement to all press about the incident, from the company's president John McCarthy, (no relation). Company President John McCarthy stated to the press that "the driver had recently been experiencing medical problems related to diabetes and took an Ambien, possibly by accident, prior to his arrest." Company President John McCarthy speculated, without knowing the truth, about what caused the accidents of his driver, Plaintiff McCarthy. If John McCarthy had simply stated that the incident was under investigation, there would have been no defamation. In stead, he chose to speculate about the cause of the accidents, even doubling down adding "sometimes these things happen."

20. Defendants The Lowell Sun, through it's reporter Elizabeth Dobbins, on May 17, 2019 libeled Plaintiff McCarthy reporting Defendant John McCarthy's statements as metaphysical truth of what caused the accidents, rather than the defamation that it was. The Lowell Sun jumped on the bandwagon of libeling Plaintiff McCarthy in an effort to harm him and get a sensationalistic story.

21. On May 17, 2019 Defendants NBC 10 Boston, thru it's anchor Mellissa Bujo, ran the story all day, during various news reports, stating Plaintiff McCarthy "was driving under the influence of drugs" not "allegedly" driving under the influence of drugs. Both accounts turned out to be untrue, either stated as fact or alleged, but by not including the word "allegedly" anchor Bujo defamed Plaintiff McCarthy.

22. On May 17, 2019 Defendants Channel 7 "the news station", through reporters Steve Cooper and Frank O'Laughlin, stated in their reports which aired all day that "police: Man crashed Lowell school van while under influence of drugs," The reports were aired on television and on-line. The "news station" did not bother to note that the police had merely charged Plaintiff McCarthy with the allegations of driving the school bus under the influence of drugs." "The news station" defamed Plaintiff McCarthy several times during the course of the day and their on-line version of mis-truths are still available today.

23. On May 17, 2019 The Lawrence Eagle Tribune libeled Plaintiff McCarthy. The newspaper

reported that "man charged with driving school van while drugged." The newspaper failed to use the phrase "man charged with a*llegedly* driving school van while drugged." The article appeared in print in their newspaper and appears to this date in their on-line version of the story.

24. Plaintiff McCarthy had the MRI of his brain done on May 17, 2019, the same day as all the libelous and defamatory stories aired on various Boston area media outlets. It was known to Lowell General Hospital and to Plaintiff McCarthy's family that the results of the MRI showed "something" on Plaintiff McCarthy's brain, however, it was not revealed that the "something" was a tumor until May 19, 2019 after a neurologist from Lowell General Hospital identified the anomaly as a benign, operable tumor, and that this likely was the cause of the school bus accidents.

25. NBC Boston 10 television station called the McCarthy family home in Dracut on May 18, 2019. NBC 10 Boston was informed by the McCarthy family that Plaintiff McCarthy had an MRI of his brain performed at Lowell General Hospital on the day before. NBC 10 Boston was informed that the results of the MRI would not be definitive until a neurologist assessed the MRI results, which would take a day or two more. NBC Boston 10 did not call back.

26. None of the other defendants even bothered to want to hear the true side of the story. They were happy with their sensationalistic non-truthful reporting. Plaintiff McCarthy has been harmed as a result of the shoddy journalism. He has lost "nothing less than everything." He is currently unemployable as if anyone were to do a background check, all these false stories show up on-line. Plaintiff McCarthy's driver's license is still under suspension.

27. Upon discovery of the tumor, not one of the defendants wrote or televised any retraction of their previous libelous and defamatory stories.

## DEMAND FOR A JURY TRIAL

Plaintiff Shawn McCarthy requests a trial by jury on the issues triable by jury.

7

## **RELIEF REQUESTED**

A. Declare that the actions taken by the defendants in defaming and libeling the Plaintiff violated the Plaintiff's First Amendment Constitutional Civil Rights;

B. Award compensatory and punitive damages against all defendants for the above violations of Mr. McCarthy's constitutional rights;

C. Award prejudgment interest on any damages to the extent permitted by law;

D. Award reasonable attorney's fees, as the Plaintiff is actively seeking counsel to represent him in the above matter;

E. Grant such other relief as the Court may deem appropriate.

May 17, 2022

Respectfully Submitted,

*Shawn McCarthy*
Shawn P. McCarthy
1423 Mammoth Road
Dracut, MA 01826
978-328-4506
pooch3k@yahoo.com